UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRUCE MEARS                                         CIVIL ACTION

VERSUS                                              NUMBER: 11-1821

TULANE UNIVERSITY                                   SECTION: "G"(5)

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to move to reopen the action if the settlement is not consummated. During this sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this  17th  day of October, 2013.

                                        _____
                                                ALMA L. CHASEZ
                                        UNITED STATES MAGISTRATE JUDGE